# Exhibit A

Int. Cls.: **11 and 34**

Prior U.S. Cls.: **2, 8, 9, 13, 17, 21, 23, 31 and 34**

**United States Patent and Trademark Office**

Reg. No. 2,324,480
Registered Feb. 29, 2000

## TRADEMARK
## PRINCIPAL REGISTER

### BIC

BIC CORPORATION (NEW YORK CORPORATION)
500 BIC DRIVE
MILFORD, CT 06460

FOR: LIGHTERS PRIMARILY FOR LIGHTING GRILLS, FIREPLACES AND CANDLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-28-1998; IN COMMERCE 1-28-1998.

FOR: CIGARETTE AND CIGAR LIGHTERS NOT OF PRECIOUS METALS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 10-5-1971; IN COMMERCE 10-5-1971.

SER. NO. 75-684,321, FILED 4-15-1999.

AMY LOHR, EXAMINING ATTORNEY

# United States Patent Office

951,661
Registered Jan. 30, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 405,458, filed Oct. 19, 1971



Bic Pen Corporation (New York corporation)
Wiley St.
Milford, Conn. 06460

For: CIGARETTE LIGHTERS AND REFILLS THEREFOR, in CLASS 8 (INT. CL. 34).
First use Oct. 5, 1971; in commerce Oct. 5, 1971.
Owner of Reg. Nos. 573,249, 861,040, and 905,154.

Int. Cl.: 34

Prior U.S. Cl.: 8

**United States Patent and Trademark Office**  Reg. No. 1,761,622
Registered Mar. 30, 1993

## TRADEMARK
## PRINCIPAL REGISTER



BIC CORPORATION (NEW YORK CORPORATION)
500 BIC DRIVE
MILFORD, CT 06460

FOR: CIGARETTE LIGHTERS NOT MADE OF PRECIOUS METAL, IN CLASS 34 (U.S. CL. 8).

FIRST USE 10-25-1973; IN COMMERCE 10-25-1973.

THE LINING SHOWN IN THE DRAWING IS FOR SHADING PURPOSES ONLY AND IS NOT A FEATURE OF THE MARK.

THE DRAWING SHOWS A LIGHTER HAVING AN OBLONG BODY WHICH IS ELLIPTICAL IN CROSS-SECTION; A FORK WHICH IS GENERALLY PARABOLIC IN CROSS-SECTION; AND A HOOD WHICH IS GENERALLY PARABOLIC IN CROSS-SECTION.

SEC. 2(F).

SER. NO. 73-808,159, FILED 6-21-1989.

CRAIG K. MORRIS, EXAMINING ATTORNEY

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

United States Patent and Trademark Office

Reg. No. 2,278,917
Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER



BIC CORPORATION (NEW YORK CORPORATION)
500 BIC DRIVE
MILFORD, CT 06460

FOR: CIGARETTE LIGHTERS NOT MADE OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).
  FIRST USE 2-0-1995; IN COMMERCE 2-0-1995.
  OWNER OF U.S. REG. NO. 1,761,622.
  THE LINING SHOWN IN THE DRAWING IS FOR SHADING PURPOSES ONLY AND IS NOT A FEATURE OF THE MARK. THE DRAWING SHOWS A LIGHTER HAVING AN ABLONG BODY WHICH IS ELLIPTICAL IN CROSS-SECTION; A FORK WHICH IS GENERALLY PARABOLIC IN CROSS-SECTION; AND A HOOD WHICH IS GENERALLY PARABOLIC IN CROSS-SECTION.
  THE MARK CONSTITUTES THE CONFIGURATION OF THE PRODUCT, AS DEPICTED IN THE DRAWING.
  SEC. 2(F).

SER. NO. 75-424,826, FILED 1-28-1998.

JOHN E. MICHOS, EXAMINING ATTORNEY